| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Childs, Julianna M. | 2. Court or Organization<br><br>U.S. District Court, SC | 3. Date of Report<br><br>2/20/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Matthew J. Perry, Jr., Federal Courthouse<br>901 Richland Street, 3rd Floor<br>Columbia, SC 29201 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Angus Properties, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▮▮▮▮▮▮ - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Litigation Section | 1/17/13 - 01/20/13 | Marco Island, FL | Winter Leadership Meeting (Co Chair, Trial Evidence Committee) | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 2. | American Bar Association National Conference of Federal Trial Judges | 2/7/13 - 02/10/13 | Dallas, TX | MidYear Meeting | Airfare, Lodging, and Ground Transportation |
| 3. | The Voice of the Defense Bar - DRI | 3/13/13 -3/15/13 | Miami, FL | "Women in Law" The Seminar for Legal and Business Innovators" - Speaker | Airfare, Ground Transportation, and Meals |
| 4. | Leadership Institute for Women of Color Attorney | 3/27/13 - 3/28/13 | Tampa, FL | Speaker | Airfare, Lodging, Meals, and Ground Transportation |

| | | | | |
|---|---|---|---|---|
| 5. | American Bar Association Section of Litigation | 4/24/13 - 4/28/13 | Chicago, IL | Annual Conference (Co-Chair, Trial Evidence Committee) | Airfare, Set Day Per Diem (Lodging), 2 day Meals, and Ground Transportation |
| 6. | Standing Committee on Gavel Awards of ABA | 5/9/13 - 5/13/13 | Chicago, IL | Final Judging Meeting for Standing Committee Members | Airfare, Lodging, and Ground Transportation |
| 7. | American Law Institute (Member) | 5/19/13 - 5/13/13 | Washington, DC | Annual Meeting | Airfare, Lodging, Special Event Ticket, and Ground Transportation |
| 8. | GPSolo Committee of American Bar Association (Member) | 5/22/13 - 6/1/13 | Anchorage, AK | Committee Meeting of the Awards Committee Section | Airfare, Lodging, meals and Set Day Per Diem |
| 9. | American Conference Institute (ACI) | 6/6/13 - 6/8/13 | Chicago, IL | Speaker | Airfare, Set Day Per Diem (Lodging), and Ground Transportation |
| 10. | American Bar Association Section of Litigation | 6/13/13 - 6/15/13 | Newport, RI | Spring Leadership Meeting (Co-Chair, Trial Evidence Committee) | Airfare, Set Day Per Diem (Lodging & Meals), and Ground Transportation |
| 11. | South Carolina Defense Trial Attorneys' Association | 7/25/13 -7/27/13 | Asheville, NC | SCDTAA Annual Meeting - Speaking | Lodging, Conference Registration and Meals |
| 12. | South Carolina Association of Justice | 7/31/13 - 8/4/13 | Hilton Head, SC | Annual Conference - Speaking | Lodging, Ground Transportation and Registration |
| 13. | American Bar Association National Conference of Federal Trial Judges | 8/7/13 - 8/12/13 | San Francisco, SC | Section of Litigation Annual Meeting | Airfare, Lodging, Meals, and/or Ground Transportation |
| 14. | American Bar Association Litigation Section | 9/26/13 - 9/28/13 | Chicago, IL | Fall Leadership Meeting | Airfare, Lodging, and Ground Transportation |
| 15. | GPSolo Committee of the American Bar Association (Member) | 10/3/13 - 10/4/13 | Lexington, KY | Section of Litigation Annual Meeting and Conference | Airfare, 2 Nights Lodging, and per diem |
| 16. | South Carolina Defense Trial Attorney's Association | 11/7/13 - 11/10/13 | Savannah, GA | Annual Meeting | Lodging, Meals, and Activities |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | United Visa | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | Chase Rewards | Credit Card | J |
| 5. | First Palmetto Saving Bank | Mortgage on Rental Property #1 | None |
| 6. | Wells Fargo N.A. | Mortgage on Rental Property #2 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Columbia, SC (1993, $58,500) | | None | M | W | | | | | |
| 2. Rental Property #2, Fayetteville, GA (Angus Properties, LLC) | E | Rent | M | W | | | | | |
| 3. - (2006, $180,000) | | | | | | | | | |
| 4. Southern Physcian Pro Services - Comon stock (X) | A | Int./Div. | J | W | | | | | |
| 5. Mass Mutual - Whole Life | A | Interest | J | T | | | | | |
| 6. - (Risk -based, No Control) | | | | | | | | | |
| 7. Raintree Vacations Time Share (1995, $9,000) | | None | J | R | | | | | |
| 8. Wells Fargo Bank Accounts - Was Wachovia | A | Interest | L | T | | | | | |
| 9. SC Community Bank (X) | A | Interest | J | T | | | | | |
| 10. IRA | | | | | | | | | |
| 11. - Fidelity Cash Reserves Fund (FDRXX) | A | Dividend | J | T | | | | | |
| 12. Carolinas Telco Federal Credit Union Account | A | Interest | J | T | | | | | |
| 13. John Hancock Retiremement (Lifestyle Growth, No Control) | E | Int./Div. | M | T | | | | | |
| 14. -Lifestyle Growth | F | Dividend | M | T | | | | | |
| 15. -Aggressive Growth Mid Cap Stock Fund | C | Dividend | J | T | | | | | |
| 16. -Growth Mid Value Fund | D | Dividend | K | T | | | | | |
| 17. -Mutual Global Discovery | D | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 19. GA Higher Ed. Fut Schol Aggres 529 College Savings Plan (No Control) | A | Int./Div. | J | T | | | | | |
| 20. SC 529 Future Scholar Aggres Growth Port A (Line 22 on 2010) | A | Dividend | K | T | | | | | |
| 21. TIAACREF Path2College 529Plan (Risk-based, No control Balanced Option) | A | Int./Div. | J | T | | | | | |
| 22. TIAACRE Path2College 529Plan (Risk-based, No control Guarant Option) | A | Int./Div. | J | T | | | | | |
| 23. TIAA CREF Path2College 529 Plan (No Control 100% Equity Option) | A | Int./Div. | J | T | | | | | |
| 24. TIAACREF Path2College 529 Plan, (No Control Managed Allocation Opt 16) | A | Int./Div. | J | T | | | | | |
| 25. TIAACREF Path2College 529 Plan, (No Contl Aggres Manag Alloca Pot 16) | A | Int./Div. | J | T | | | | | |
| 26. B - IRA | B | Dividend | L | T | | | | | |
| 27. - Thornburg Int Value A | | | | | Buy (add'l) | 03/01/13 | J | | |
| 28. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 29. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 30. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 31. | | | | | Sold | 11/08/13 | K | | |
| 32. - Blackrock Inflat Prot Bond A | | | | | Buy (add'l) | 03/01/13 | J | | |
| 33. | | | | | Sold | 03/08/13 | J | A | |
| 34. -Cambiar Small Cap Inv | | | | | Buy (add'l) | 03/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/17/13 | J | | |
| 36. -E V Income Fund of Boston A | | | | | Buy | 03/01/13 | J | | |
| 37. | | | | | Sold (part) | 03/08/13 | J | | |
| 38. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 39. -Eaton Vance Commoodity Strat I | | | | | Buy | 03/01/13 | J | | |
| 40. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 41. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. - Goldmand Sachs Abslte Ret Trk A | | | | | Buy | 03/01/13 | J | | |
| 45. | | | | | Sold (part) | 03/08/13 | J | A | |
| 46. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 47. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 48. | | | | | | | | | |
| 49. -Ing Global Real Estate A (FD I (IGLIX)) | | | | | Buy | 03/01/13 | J | | |
| 50. | | | | | Sold (part) | 03/08/13 | J | | |
| 51. | | | | | Sold (part) | 09/13/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ivy Mid Cap Growth I | | | | | Buy | 03/01/13 | J | | |
| 53. | | | | | Sold (part) | 11/08/13 | J | | |
| 54. -Legg Mason Wa Intrm Trm Muni | | | | | Buy | 03/01/13 | J | | |
| 55. -Mainstay LRG Cap GrwI (Prv rprd as "Mainstay LRG CapGrw A" | | | | | Buy | 03/01/13 | J | | |
| 56. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 57. | | | | | Sold (part) | 09/13/13 | J | A | |
| 58. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 59. -Pimco Foreign Bd Us S Hedged P | | | | | Buy | 03/01/13 | J | | |
| 60. | | | | | Sold | 03/08/13 | J | | |
| 61. -Pimco Short Term P | | | | | Buy | 03/01/13 | J | | |
| 62. | | | | | Sold | 03/08/13 | J | | |
| 63. -Rydex/Sgi Managed Fut Str A (Y) | | | | | | | | | |
| 64. -Templeton Global (Y) | | | | | | | | | |
| 65. -Guggenheim Mngd Futrs Strat H (Y) | | | | | | | | | |
| 66. -Legg Mason Wa Emerg Mkt Debt I | | | | | Buy | 03/01/13 | J | | |
| 67. | | | | | Sold (part) | 03/08/13 | J | | |
| 68. | | | | | Sold | 11/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Nuveen Nwq Large Cap Value I | | | | | Buy | 03/01/13 | J | | |
| 70. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 71. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 72. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 73.   -Virtus Insight Emerg Mkts I | | | | | Buy | 03/01/13 | J | | |
| 74. | | | | | Sold (part) | 03/08/13 | J | | |
| 75. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 76. | | | | | Sold (part) | 11/08/13 | J | | |
| 77.   -AQR Managed Futures Strategy I | | | | | Buy (add'l) | 03/01/13 | J | | |
| 78. | | | | | Sold (part) | 03/08/13 | J | | |
| 79. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 80. | | | | | Sold (part) | 11/08/13 | J | | |
| 81.   - Causeway INTL Value INST (DEVIX) | | | | | Buy | 11/08/13 | J | | |
| 82.   - INVESCO PREMIER INST (IPPXX) | | | | | Buy | 03/08/13 | K | | |
| 83. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 84. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 85. | | | | | Sold (part) | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/08/13 | J | | |
| 87. - JP Morgan Dynamic SM CP GR SEL (JDSCX) | | | | | Buy | 03/01/13 | J | | |
| 88. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 89. - Wells Fargo ADV ST MUNI BD ADM (WSTMX) | | | | | Buy | 03/08/13 | K | | |
| 90. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 91. -Western Ast Int Term Muni I | | | | | Buy | 07/01/13 | J | | |
| 92. | | | | | Sold | 11/08/13 | J | A | |
| 93. -Managers Systematic Md Cp Value I | | | | | Buy (add'l) | 03/01/13 | J | | |
| 94. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 95. - JP Morgan Dynamic SM CP GR SEL (JDSCX) | | | | | Buy | 03/01/13 | J | | |
| 96. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 97. -Wells Fargo ADV ST MUNI BD ADM (WSTMX) | | | | | Buy | 03/08/13 | K | | |
| 98. | | | | | Buy (add'l) | 08/23/13 | J | | |
| 99. ▓▓▓▓▓▓ Partnership Building | None | | P1 | R | | | | | |
| 100. - (2004, $3,016,000) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 2/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts No. 101 - ▆▆▆▆ has a 1/8 interest in the building.  One partner left the partnership and has sold his interest in the partnership to the remaining partners.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Childs, Julianna M. | 2/20/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544